**GNC**

**GOLDSON, NOLAN, CONNOLLY, P.C.**
145 Marcus Boulevard, Suite 4
Hauppauge, New York 11788
(631) 236-4105
Fax (631) 236-4110

June Connolly
Howard W. Goldson
Cathleen Quinn Nolan
Melissa Kollen-Rice

Angie Campana, Paralegal
Merrilee Factor, Legal Assistant
Jennifer Hagens, Paralegal

Desiree Harmon, Bookkeeper

January 13, 2009

Keith Outram
859 Troy Avenue
Brooklyn, New York 11203-3103

Kevin G. Horbatiuk, Esq.
Russo, Keane & Toner, LLP
33 Whitehall, 16th Floor
New York, New York 10004

Bruce Goodman, Esq.
Zeichner Ellman & Krause
Attorneys for Defendant, Citibank, N.A.
575 Lexington Avenue
New York, New York 10022

Francis M. Curran
Liam O'Brien
McCormick & O'Brien, LLP
42 West 38th Street, 7th Floor
New York, New York 10018

Re:  Elsie Outram v. Keith Outram, Citibank, N.A.
CV 08-3437 (ADS) (ETB)

Dear Sirs:

Enclosed please find an Order signed by Magistrate E. Thomas Boyle, in connection to the above referenced matter. Please be advised that an Inquest on damages in the above captioned case, solely with respect to Defendant, Keith Outram, will be held on March 25, 2009 at 2:30 p.m.

Thanking you in advance for your time and consideration to this matter.

Very truly yours,

GOLDSON NOLAN CONNOLLY, P.C.

JUNE CONNOLLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELSIE OUTRAM,  CV 08-03437
 (ADS) (ETB)

                                Plaintiff,

**AFFIDAVIT OF SERVICE**

        -against-

KEITH OUTRAM and CITIBANK, NA,

                              Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK)
                    :ss.
COUNTY OF SUFFOLK)

        ANGIE L CAMPANA, being duly sworn, states as follows:
I am over 18 years of age, not a party to the within action, and reside in West Babylon, New York.
        On the 13th day of January 2009, I served the annexed Order to:

| | |
|---|---|
| Keith Outram<br>859 Troy Avenue<br>Brooklyn, New York 11203-3103 | Kevin G. Horbatiuk, Esq.<br>Russo, Keane & Toner, LLP<br>33 Whitehall, 16th Floor<br>New York, New York 10004 |
| Bruce Goodman, Esq.<br>Zeichner Ellman & Krause<br>Attorneys for Defendant, Citibank, N.A.<br>575 Lexington Avenue<br>New York, New York 10022 | Francis M. Curran<br>Liam O'Brien<br>McCormick & O'Brien, LLP<br>42 West 38th Street, 7th Floor<br>New York, New York 10018 |

by mailing a true and complete copy of same in a postage pre-paid envelope and depositing same in a post office or official depository of the United States Postal Service within New York State at the last known address of the addressee as set forth herein.

                                                    _____
                                                    ANGIE L. CAMPANA

Sworn to before me this
13th day of January 2009.

_Merrilee Factor_
Notary Public

MERRILEE FACTOR
Notary Public, State of New York
No. 01FA6175059
Qualified in Suffolk County
Commission Expires 10-01-2011